UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ABDUAL RAHIM FRAZIER,

                            Plaintiff,

    -against-

THE CITY OF NEW YORK, DETECTIVE GUITIERREZ
AND POLICE OFFICER ZERAFA,

                            Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

05 CV 8801 (LTS)(DFE)

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 04/06/06]

      **WHEREAS,** plaintiff commenced this action by filing a complaint on or about September 19, 2005, alleging that his civil and state common law rights were violated; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2.    Defendant City of New York hereby agrees to pay plaintiff the total sum of SEVEN THOUSAND FIVE HUNDRED DOLLARS ($7,500.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the individually named defendants Detective Gutierrez and Officer Zerafa and to release all defendants, any present or

former employees or agents of the City of New York, and the City of New York from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

      3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph 2 above and an Affidavit Concerning Liens.

      4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and/or settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

      5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:    New York, New York
          March 16, 2006

ROBIN SMITH                                    MICHAEL A. CARDOZO
*Attorney for Plaintiff*                       Corporation Counsel of the
44 Court Street, Ste. 917                      City of New York
Brooklyn, NY 11201                             *Attorney for Defendants*
(718) 403-9599                                 100 Church Street
                                               New York, NY 10007
                                               (212) 788-0467

By: _____              By: _____
      ROBIN SMITH (RS 0025)                    NATALIE M. CHIN (NC 8991)
                                               Assistant Corporation Counsel


SO ORDERED:

_____ 4/5/06
The Honorable Laura Taylor Swain,
U.S.D.J.